```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


KEVIN SCOTT                    )
                               )
v.                             )       NO. 3:10-0125
                               )       JUDGE ECHOLS
INGRAM BOOK GROUP, INC.        )
```

**O R D E R**

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

*[signature]*
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE