**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

KEVIN SCOTT,                                )
                                            )
    Plaintiff,                          )
                                            )
v.                                          )    Civil No. 3:10-0125
                                            )    Judge Trauger
INGRAM BOOK GROUP, INC.,                     )    Magistrate Judge Bryant
                                            )
    Defendant.                          )

## <u>O R D E R</u>

Upon the reassignment of this case to Judge Trauger, it is hereby **ORDERED** that the

reference to the Magistrate Judge for case management shall remain in place.

It is so **ORDERED**.

ENTER this 29th day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge