UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEVIN SCOTT, | ) |
|     Plaintiff, | ) |
|         v. | ) NO. 3:10-0125 |
| | ) Judge Trauger/Bryant |
| INGRAM BOOK GROUP, INC., | ) **Jury Demand** |
|     Defendant. | ) |

### O R D E R

Counsel for the plaintiff has advised the Magistrate Judge's chambers that the parties have reached a settlement in this matter. Therefore, the telephone conference previously scheduled for 1:30 p.m. on Monday, October 4, 2010 (Docket Entry No. 9), is **CANCELED**. A stipulation and proposed order of dismissal shall be filed no later than **Monday, November 1, 2010.**

There is nothing further remaining to be done by the undersigned in this matter and the Clerk is directed to return the file to the District Judge for her consideration of the stipulation and proposed order of dismissal once it is filed.

It is so **ORDERED**.

                                          s/ John S. Bryant
                                          JOHN S. BRYANT
                                          United States Magistrate Judge