Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEVIN SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-0125 |
| ) | Judge Echols |
| INGRAM BOOK GROUP, INC. ) | Magistrate Judge Bryant |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

Defendant Ingram Book Group, Inc. and Plaintiff Kevin Scott, by and through their undersigned counsel, jointly move this Court for an extension of time to finalize the settlement of this matter and file a stipulation of dismissal with this Court. The Parties state that they need two more weeks to finalize the settlement and fully execute the settlement documents.

WHEREFORE, the parties respectfully request they be given an extension through and including November 15, 2010 to fully execute the settlement documents and to file a stipulation of dismissal.