IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

_____

| | | |
|---|---|---|
| KEVIN SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-0125 |
| | ) | Judge Echols |
| INGRAM BOOK GROUP, INC. | ) | Magistrate Judge Bryant |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

Hereby evidenced by the signatures of counsel, the Plaintiff's claims against Defendant Ingram Book Group, Inc. in this matter are dismissed with prejudice.

**IT IS SO ORDERED**, this 17th day of November, 2010.

_____
United States District Court Judge

APPROVED FOR ENTRY:


/s/ Natasha W. Campbell_____
M. Kim Vance BPR No. 013444
Natasha W. Campbell BPR No. 026798
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
Commerce Center, Suite 800
211 Commerce Street
Nashville, Tennessee  37201
Telephone:  (615) 726-5600
Facsimile:   (615) 726-0464

Attorneys for Defendant Ingram Book Group, Inc.


/s/Nina Parsley, Esq. (with permission)_____
Donald D. Zuccarello, Esq.
Nina Parsley, Esq.
LAW OFFICE OF DONALD D. ZUCCARELLO
3209 West End Avenue
Nashville, Tennessee 37203

Attorneys for Plaintiff Kevin Scott

2